ELIZA E. SMARR, Appellant, *v.* ANN E. McMASTER, ADM'X OF THE ESTATE OF S. H. K. McMASTER, Respondent.

*Practice—Final Judgment—Appeal.*—A mere judgment "that defendant recover of the plaintiff his costs" is not a final judgment from which an appeal lies. (Young's Adm'r v. Stonebraker, 33 Mo. 117.)

*Appeal from Hannibal Common Pleas.*

The verdict and judgment were entered as follows:

Now at this day come the parties by their respective attorneys, and this cause coming on to be heard, the issue herein joined is submitted to the jury, twelve good and lawful men, legally elected, tried and sworn; and after hearing the evidence and the arguments adduced in the cause, the jury retire to their room to consider their verdict. The said jury return into court and render the following verdict, to wit: "We, the jury, find for the defendant. John L. Lacy, Foreman." Whereupon, on motion of defendant, it is considered by the court that said defendant, Ann E. McMaster, administratrix of the estate of Samuel H. K. McMaster, deceased, have and recover of the plaintiff, Eliza E. Smarr, the costs of this suit, as well in this court as in the court below, and that the said defendant may have her writ of execution against said plaintiff for the costs aforesaid.

*J. L. Robards*, for appellant.

BATES, Judge, delivered the opinion of the court.

The record in this cause shows that in the lower court a verdict was found for the defendant, and a judgment rendered

against the plaintiff for costs, " but no final determination of the right of the parties in the action." From all that appears here, the cause is still pending in the lower court. The appeal is dismissed.

Judges Bay and Dryden concur.